**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01245-CR

**EDWARD CHIARINI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1
Dallas County, Texas
Trial Court Cause No. M11-51889**

## ORDER

Before the Court is the State's May 29, 2013 motion for extension of time to file its brief.

We **GRANT** the motion. We **ORDER** the State's brief received May 29, 2013 filed as of the

date of this order.

/s/    JIM MOSELEY
PRESIDING JUSTICE
